**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARQUISE GRADY,<br><br>             Plaintiff,<br><br>     v.<br><br>C. GUTIERREZ, et.al.,<br><br>             Defendants. | ) Case No.: 1:18-cv-00922-DAD-JDP<br>)<br>)<br>) ORDER REGARDING SETTLEMENT<br>) CONFERENCE ON APRIL 14, 2020<br>)<br>)<br>)<br>)<br>)<br>) |

A settlement conference in this matter is scheduled on April 14, 2020, at 9:30 a.m. before the undersigned. In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court finds that the settlement conference will proceed as scheduled and the parties shall participate by videoconference. Counsel for Defendants shall arrange for the participation of all parties in the videoconference on April 14, 2020, and should contact Courtroom Deputy, Mamie Hernandez, at (559)-499-5672 or mhernandez@caed.uscourts.gov for assistance on how to facilitate the conference. By way of separate order, the Court will vacate the writ of habeas corpus ad testificandum issued on March 17, 2020.

IT IS SO ORDERED.

Dated:   **March 24, 2020**

_____
UNITED STATES MAGISTRATE JUDGE