# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE GRADY,<br><br>    Plaintiff,<br><br>v.<br><br>C. GUTIERREZ, et.al.,<br><br>    Defendants. | Case No.: 1:18-cv-00922-DAD-JDP<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>[ECF No. 27] |

On March 17, 2020, the Court issued a writ of habeas corpus ad testificandum to transport Plaintiff to the United States District Court in Fresno, California for a settlement conference on April 14, 2020.

Because the settlement conference will now proceed by way of videoconference, the writ of habeas corpus ad testificandum issued on March 17, 2020, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: __**March 24, 2020**__

                        UNITED STATES MAGISTRATE JUDGE