# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE GRADY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LT. C. GUTIERREZ, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00922-DAD-JDP (PC)<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE |

Marquise Grady, a state prisoner, is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On January 14, 2020, this matter was referred to post-screening ADR and was stayed for 120 days. A settlement conference was set for April 14, 2020 before the undersigned. On March 24, 2020, the settlement conference was ordered to proceed by videoconference.

To accommodate the Court's schedule, the settlement conference set for April 14, 2020, is HEREBY CONTINUED to May 27, 2020, at 11:00 a.m. The parties shall appear by videoconference at the continued settlement conference. Counsel for Defendants shall arrange for the participation of all parties in the videoconference on May 27, 2020, and should contact Courtroom Deputy, Mamie Hernandez, at (559)-499-5672 or mhernandez@caed.uscourts.gov for assistance on how to facilitate the conference.

IT IS SO ORDERED.

Dated:　**April 6, 2020**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE