# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE GRADY, | Case No. 1:18-cv-00922-DAD-JDP |
| Plaintiff, | |
| v. | |
| C. GUTIERREZ, *et al.*, | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendants. | **AD TESTIFICANDUM** |

Marquise Grady, CDCR # AD6317, a necessary and material witness in a settlement conference in this case on May 27, 2020, is confined in the Centinela State Prison, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate for a **video settlement conference** before Magistrate Judge Stanley A. Boone on May 27, 2020, at 11:00 A.M.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ. **Should the custodian believe that plaintiff's appearance via video cannot be arranged, he or she must notify Judge Boone immediately.**

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Centinela State Prison, 2302 Brown Road, Imperial, CA 92251:**

**WE COMMAND** you to produce the inmate named above before Judge Boone in the manner identified above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   May 4, 2020                              _____
                                                                  UNITED STATES MAGISTRATE JUDGE