UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE GRADY,<br><br>              Plaintiff,<br><br>     v.<br><br>LT. C. GUTIERREZ, *et al*.<br><br>              Defendants. | Case No. 1:18-cv-00922-DAD-JDP<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO CLOSE THE CASE<br><br>ECF No. 35 |

On June 25, 2020, the parties filed a stipulation of voluntary dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  ECF No. 16.  The stipulation is signed by all parties who have appeared.  The court therefore directs the clerk's office to close the case.

IT IS SO ORDERED.


Dated:    June 26, 2020                                  
UNITED STATES MAGISTRATE JUDGE

No. 205.