UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE GRADY,<br><br>  Plaintiff,<br><br>  v.<br><br>LT. C. GUTIERREZ, *et al.*,<br><br>  Defendants. | Case No.: 1:18-cv-00922-DAD-JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT, WITHOUT PREJUDICE<br><br>(ECF No. 37) |

On May 25, 2020, the undersigned conducted a settlement conference, and the parties reached an agreement to settle the case. (ECF No. 34.)

On June 25, 2020, the parties submitted a stipulation for voluntary dismissal of the case, and the case closed on June 26, 2020. (ECF Nos. 35, 36.)

On October 5, 2020, Plaintiff filed a motion to enforce the settlement agreement. (ECF No. 37.) Plaintiff contends that he has not received the settlement funds and has not been able to contact defense counsel. (Id.)

Plaintiff's motion is premature. As stated in the settlement agreement attached to Plaintiff's motion, "CDCR will make a good-faith effort to pay the settlement amount (minus any restitution amounts, liens and fees) within 180 days from the date Plaintiff delivers to Defendants a signed settlement agreement, a notice of voluntary dismissal with prejudice, and all of the required Payee

1

1 Data Forms." (ECF No. 37 at 5.)  Here, it is clear that the 180 day time frame has not yet expired.
2 Therefore, Plaintiff's motion to enforce the settlement agreement is denied, without prejudice, to
3 refiling, if necessary.  <u>The Clerk of Court shall serve a copy of this order by email on Monica
4 Anderson, Senior Assistant Attorney Genera and Lawrence Bragg, Supervising Deputy Attorney
5 General</u>.

7 IT IS SO ORDERED.

8 Dated:   **October 8, 2020**
9                                                  UNITED STATES MAGISTRATE JUDGE