**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MARQUISE GRADY,

Plaintiff,

v.

C. GUTIERREZ, et.al.,

Defendants.

Case No.: 1:18-cv-00922-DAD-JDP (PC)

ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT

(ECF No. 39)

On May 25, 2020, the undersigned conducted a settlement conference, and the parties reached an agreement to settle the case. (ECF No. 34.)

On June 25, 2020, the parties submitted a stipulation for voluntary dismissal of the case, and the case closed on June 26, 2020. (ECF Nos. 35, 36.)

On October 5, 2020, Plaintiff filed a motion to enforce the settlement agreement. (ECF No. 37.) Plaintiff's motion was denied, without prejudice, as premature on October 9, 2020. (ECF No. 38.)

On March 3, 2021, Plaintiff filed a second motion to enforce the settlement agreement and impose a $10,000 penalty sanction on Defendants. (ECF No. 39.)

///

///

///

///

///

Based on Plaintiff's contention that Defendants have not complied with the settlement agreement, it is HEREBY ORDERED that Defendants shall file a response to Plaintiff's motion within twenty (20) days from the date of service of this order. The Clerk of Court is directed to serve a copy of this order by email on Supervising Deputy Attorney General Lawrence Bragg.

IT IS SO ORDERED.

Dated: **March 24, 2021**

UNITED STATES MAGISTRATE JUDGE