UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE GRADY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. GUTIERREZ, et.al.,<br><br>　　　　　Defendants. | Case No.: 1:18-cv-00922-DAD-JDP (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO SEND PLAINTIFF A COPY OF DEFENDANTS' OPPOSITION FILED ON MARCH 24, 2021, AND ALLOWING PLAINTIFF TWENTY DAYS TO FILE A RESPONSE<br><br>(ECF No. 41) |

　　On May 25, 2020, the undersigned conducted a settlement conference, and the parties reached an agreement to settle the case. (ECF No. 34.)

　　On June 25, 2020, the parties submitted a stipulation for voluntary dismissal of the case, and the case closed on June 26, 2020. (ECF Nos. 35, 36.)

　　On October 5, 2020, Plaintiff filed a motion to enforce the settlement agreement. (ECF No. 37.) Plaintiff's motion was denied, without prejudice, as premature on October 9, 2020. (ECF No. 38.)

　　On March 3, 2021, Plaintiff filed a second motion to enforce the settlement agreement and impose a $10,000 penalty sanction on Defendants. (ECF No. 39.) On March 24, 2021, the Court directed Defendants to file a response to Plaintiff's motion, and Defendants filed an opposition on the same day. (ECF Nos. 40, 41.)

　　On April 2, 2021, Plaintiff filed a notice of change of address. (ECF No. 42.) In light of Plaintiff's address change, the Court will direct the Clerk of Court to forward a copy of Defendants' opposition filed on March 24, 2021, and allow Plaintiff twenty (20) days to file a reply thereto.

1

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a copy of Defendants' opposition filed on March 24, 2021 (ECF No. 41); and

2. Within **twenty (20) days** from the date of service of this order, Plaintiff may file a reply to Defendants' opposition to his motion to enforce the settlement agreement.

IT IS SO ORDERED.

Dated:   **April 6, 2021**

UNITED STATES MAGISTRATE JUDGE