UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE GRADY,<br><br>    Plaintiff,<br><br>    v.<br><br>LT. C. GUTIERREZ, ET. AL.,<br><br>    Defendants. | Case No. 1:18-cv-00922-ADA-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 49) |

Plaintiff Marquise Grady ("Plaintiff") initiated this action proceeding *pro se* by filing an action under 42 U.S.C. § 1983. The parties reached a settlement on or about May 27, 2020. (ECF No. 34). The parties subsequently filed a stipulation for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the case was closed as of June 26, 2020. (ECF No. 35, 36.). Plaintiff filed a motion to enforce the settlement agreement on March 3, 2021. (ECF No. 39). On September 1, 2022, the matter was referred to the assigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 6, 2022, the Magistrate Judge issued a findings and recommendations, recommending the undersigned to deny Plaintiff's motion to find Defendants in breach of the settlement agreement. (ECF No. 49). The findings and recommendations were served on Plaintiff, and Plaintiff had fourteen (14) days to file objections to the findings and recommendations. (*Id.* at 4.) As of the date of this Order, no party has filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The Findings and Recommendations issue on September 6, 2022 (ECF No. 49) is ADOPTED in full; and

2. Plaintiff's motion to enforce the settlement agreement (ECF No. 39) is DENIED.

IT IS SO ORDERED.

Dated:   October 22, 2022

_____
UNITED STATES DISTRICT JUDGE